UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DAMICHAEL BROWN #23210509** | **CIVIL ACTION NO. 5:23-cv-512 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CODY WILLIAMS** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 10] filed by Plaintiff Damichael Brown ("Brown"), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Brown's civil rights complaint and amended complaint [Doc. Nos. 1, 6] are **DISMISSED WITH PREJUDICE,** as frivolous under 28 U.S.C. § 1915(e).

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 19th day of December 2023.

  
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**